MAGISTRATE JUDGE ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR06-5457 |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING STIPULATED |
| vs. ) | MOTION TO CONTINUE TRIAL |
| ) | DATE |
| KELLY ABERNATHY, ) | |
| ) | |
| Defendant. ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the trial date be continued to September 25, 2006.  The resulting period of delay from August 28, 2006 to September 25, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

DONE this ___23rd___ day of August, 2006.


s/ J Kelly Arnold
UNITED STATES MAGISTRATE JUDGE

Presented By:

/s/                                                          /s/
LINDA R. SULLIVAN                       CAPT. KIERAN O'SHEA

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                          1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

1  Attorney for Defendant                    Special Assistant United States Attorney

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**